JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANA SILVIA DHEMING, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION. a Washington corporation, JOHN DOE,<br><br>　　　　Defendant. | Case No. 2:22-cv-01224 JFW (AFMx)<br><br>**ORDER CAPPING DAMAGES AND REMANDING THE ACTION TO STATE COURT** |

The Stipulation of Plaintiff JAMES VERNON LINCOLN, and Defendant COSTCO WHOLESALE CORPORATION for Remand to the Los Angeles County Superior Court, and that Plaintiff has stipulated to cap damages at $74,999.99 has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 21STCV19390.

DATED: February 26, 2024

　　　　　　　　　　　　　　　　　　*/s/ John F. Walter*
　　　　　　　　　　　　　　　　　　Judge of the Federal District Court
　　　　　　　　　　　　　　　　　　JOHN F. WALTER